**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| NATALIE DAWN BINGHAM, M.D., M.P.H., *et al*. | ) ) ) | |
| | ) | CASE NO. _____ |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| ALAN McCRORY WILSON, in his official capacity as Attorney General of South Carolina, *et al*., | ) ) ) | |
| *Defendants*. | ) ) | |

**PLAINTIFFS' RESPONSES TO LOCAL RULE 26.01**
**INTERROGATORIES**

Plaintiffs, by and through their undersigned counsel, answer the Local Rule 26.01 Interrogatories of the Court as follows:

**Interrogatory A:** State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**Answer:** None known to Plaintiffs.

**Interrogatory B:** As to each claim, state whether it should be tried jury or nonjury and why.

**Answer:** Each claim in the Complaint presents a constitutional issue, which is appropriately decided by the Court and not by jury.

**Interrogatory C:** State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which

it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**Answer:** Plaintiffs are not publicly owned companies.

**Interrogatory D:** State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**Answer D:** Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) and Local Civ. Rule 3.01(A)(1) (D.S.C.) because Defendant Scarlett Wilson, who is a government officer sued in her official capacity, performs her official duties in this district, and all defendants are residents of South Carolina. Venue is also proper pursuant to 28 U.S.C. § 1391(b)(2) and Local Civ. Rule 3.01(A)(1) (D.S.C.) because a substantial part of the events and omissions giving rise to Plaintiffs' claims occurred in this district.

**Interrogatory E:** Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**Answer:** Plaintiffs are unaware of any related matters in this District.

**Interrogatory F [*Defendants only*]:** If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

   **Answer:** N/A.

**Interrogatory G: [*Defendants only*.]** If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

   **Answer:** N/A.

**Interrogatory H:** Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

   **Answer:** N/A.

**[Signature Page Follows]**

January 8, 2025
Columbia, South Carolina

Respectfully submitted by:

**LAW OFFICE OF BILL NETTLES**
*Attorneys for Plaintiff*

/s/William N. Nettles
William N. Nettles (Federal ID No. 6586)
bill@billnettleslaw.com
John L. Warren III (Federal ID No. 12164)
jw@billnettleslaw.com
2008 Lincoln Street
Columbia, South Carolina 29201
Telephone: (803) 814-2826

Rupali Sharma*
LAWYERING PROJECT
443 Western Ave., No. 1025
South Portland, ME 04106
Phone: (646) 490-1219
Fax: (646) 480-4622
rsharma@lawyeringproject.org
Paige Suelzle*
LAWYERING PROJECT
158 SW 148th Street, No. 1198
Burien, WA 98166
Phone: (347) 515-6073
psuelzle@lawyeringproject.org
Anita Yandle*
LAWYERING PROJECT
158 SW 148th Street, No. 1198
Burien, WA 98166
Phone: (646) 480-8942
Fax: (646) 480-8622
ayandle@lawyeringproject.org
Allison Zimmer*
LAWYERING PROJECT
3157 Gentilly Blvd., No. 2231
New Orleans, LA 70122
Phone: (347) 515-6074
Fax: (646) 480-8622
azimmer@lawyeringproject.org

*Attorneys for Plaintiffs*

4