# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| NATALIE DAWN BINGHAM, M.D., *et al.*  )<br>)<br>*Plaintiffs*,  )<br>)<br>v.  )<br>)<br>ALAN McCRORY WILSON, in his official )<br>capacity as Attorney General of South Carolina, *et* )<br>*al.*,  )<br>)<br>*Defendants*.  ) | CASE NO. 2:25-cv-0163-RMG |

## ORDER GRANTING JANE DOE'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM AND FOR A PROTECTIVE ORDER

This matter comes before the Court on the Motion of Plaintiff Jane Doe for leave to proceed under a pseudonym and for a protective order limiting disclosure of her identity to counsel for the Defendants and the Court. The Court finds that Plaintiff Jane Doe is entitled to proceed pseudonymously under the factors identified in *James v. Jacobson*, 6 F.3d 233 (4th Cir. 1993), and that she is further entitled to a protective order under Federal Rule of Civil Procedure 26(c). It is therefore:

ORDERED that Plaintiff Jane Doe's Motion for Leave to Proceed under a Pseudonym is GRANTED; and it is further

ORDERED that disclosure of Plaintiff Jane Doe's identity shall be limited to counsel for Defendants and the Court.

Dated: _____     _____

Honorable Richard M. Gergel
District Court Judge