# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Natalie Dawn Bingham, M.D., *et al.*, <br><br> Plaintiffs, <br> v. <br><br> Alan McCrory Wilson, in his official capacity as the Attorney General of South Carolina, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-163-RMG <br><br> **ORDER** |

The parties have moved by consent motion for an extended briefing scheduling in this matter. (Dkt. No.13). The Court grants the motion, as follows:

1. The Attorney General may file a response to Plaintiffs' motion for a protective order (Dkt. No. 5) on or before March 3, 2025. Any reply is due on or before March 24, 2025.

2. The Attorney General will file a response to Plaintiffs' Amended Complaint on or before March 17, 2025.

3. Should the Attorney General file a motion to dismiss, Plaintiff's response will be due on or before April 14, 2025 and any reply due on or before May 5, 2025.

**AND IT IS SO ORDERED**.

                                           s/ Richard Mark Gergel
                                           Richard Mark Gergel
                                           United States District Judge

January 18, 2025
Charleston, South Carolina