**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| NATALIE DAWN BINGHAM, M.D., M.P.H., *et al.*, <br><br>           *Plaintiffs*, <br><br>     v. <br><br> ALAN McCRORY WILSON, in his official capacity as Attorney General of South Carolina, *et al.*, <br><br>           *Defendants*. | Case No. 2:25-cv-00163-RMG |

**CONSENT MOTION TO APPLY THE DEADLINES IN THE BRIEFING ORDER (ECF No. 16) TO ALL PARTIES TO THE JOINT MOTION TO DISMISS (ECF No. 70)**

On January 18, 2025, the Court entered an extended briefing schedule ("the Scheduling Order") upon the joint motion of the Plaintiffs and Attorney General Alan Wilson. *See* ECF No. 16. In relevant part, the Scheduling Order provides that Plaintiffs' response to the Attorney General's motion to dismiss will be due on or before April 14, 2025, and that the Attorney General's reply will be due on or before May 5, 2025. *Id.*

On March 17, 2025, the Attorney General, Governor Henry McMaster, and Solicitors David Pascoe, Bill Weeks, Mike Burch, Randy E. Newman, Jr., Barry Barnette, David Stumbo, Micah Black, Rick Hubbard, Edgar L. Clements, W. Walter Wilkins, Jimmy Arthur Richardson, II, and Kevin S. Brackett (collectively, "the Moving Defendants") jointly filed a Motion to Dismiss, ECF No. 70.

Plaintiffs, with the consent of the Moving Defendants, respectfully request that the deadlines in the Scheduling Order apply to the Moving Defendants' joint Motion to Dismiss.

1

Respectfully submitted,

/s/John L. Warren III
William N. Nettles (Fed. ID No. 6586)
John L. Warren III (Fed. ID No. 12164)
LAW OFFICE OF BILL NETTLES
2008 Lincoln Street
Columbia, SC 29201
Phone: (803) 814-2826
bill@billnettleslaw.com
jw@billnettleslaw.com

Rupali Sharma*
LAWYERING PROJECT
443 Western Ave., No. 1025
South Portland, ME 04106
Phone: (646) 490-1219
Fax: (646) 480-4622
rsharma@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
158 SW 148th Street, No. 1198
Burien, WA 98166
Phone: (347) 515-6073
Fax: (646) 480-4622
psuelzle@lawyeringproject.org

Allison Zimmer*
LAWYERING PROJECT
3157 Gentilly Blvd., No. 2231
New Orleans, LA 70122
Phone: (347) 515-6074
Fax: (646) 480-4622
azimmer@lawyeringproject.org

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

Dated: March 19, 2025