IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| NATALIE DAWN BINGHAM, M.D., M.P.H., *et al.* | ) | |
| | ) | |
| *Plaintiffs*, | ) | CASE NO. 2:25-cv-00163-RMG |
| | ) | |
| v. | ) | |
| | ) | |
| ALAN McCRORY WILSON, in his official capacity as Attorney General of South Carolina, *et al.*, | ) ) | |
| | ) | |
| *Defendants*, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HENRY DARGAN McMASTER, in his official capacity as Governor of the State of South Carolina, | ) ) | |
| | ) | |
| *Intervenor-Defendant.* | ) ) | |

**PLAINTIFFS' NOTICE OF SUBSTITUTION OF PARTIES**

Pursuant to Federal Rule of Civil Procedure 25(d), Plaintiffs notify the Court of the substitution of one of the named defendants in this action. The Amended Complaint named Richard Howell, M.D., in his official capacity as a Member of the South Carolina Board of Medical Examiners, as a defendant. *See* ECF No. 10 at 2, 16. On February 27, 2025, Edward T. Grove, M.D. was appointed to the position previously occupied by Dr. Howell. Because Dr. Howell was sued in his official capacity, his successor-in-office—Dr. Grove—is "automatically substituted" in Dr. Howell's place as a defendant. *See* Fed. R. Civ. P. 25(d).

**[Signature Page Follows]**

1

Respectfully Submitted:

*/s/ John L. Warren III*
William N. Nettles (Fed. ID No.: 6586)
bill@billnettleslaw.com
John L. Warren, III (Fed. ID No.: 12164)
jw@billnettleslaw.com
LAW OFFICE OF BILL NETTLES
2008 Lincoln Street
Columbia, SC 29201
Phone: (803) 814-2826

Rupali Sharma*
LAWYERING PROJECT
443 Western Ave., No. 1025
South Portland, ME 04106
Phone: (646) 490-1219
Fax: (646) 480-8622
rsharma@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
158 SW 148th Street, No. 1198
Burien, WA 98166
Phone: (347) 515-6073
Fax: (646) 480-8622
psuelzle@lawyeringproject.org

Allison Zimmer*
LAWYERING PROJECT
3157 Gentilly Blvd., No. 2231
New Orleans, LA 70122
Phone: (347) 515-6074
Fax: (646) 480-8622
azimmer@lawyeringproject.org

*Admitted *Pro Hac Vice*

**Attorneys for Plaintiffs**

**Date:** April 21, 2025