IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NATALIE DAWN BINGHAM, M.D., M.P.H., *et al.* )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>ALAN McCRORY WILSON, in his official capacity )<br>as Attorney General of South Carolina, *et al.*, )<br>)<br>*Defendants*, )<br>)<br>and )<br>)<br>HENRY DARGAN McMASTER, in his official )<br>capacity as Governor of the State of South Carolina, )<br>)<br>*Intervenor-Defendant.* )<br>) | CASE NO. 2:25-cv-00163-RMG |

## **JOINT MOTION TO ALLOW STIPULATION, ECF No. 84**

Plaintiffs and Defendants George S. Dilts, M.D., Natalie M. Gregory, M.D., Marcelo Hochman, M.D., Edward T. Grove, M.D., Robert Kosciusko, M.D., James T. McClain, M.D., Theresa Mills-Floyd, M.D., Mary J. Richardson, Jennifer R. Root, M.D., Lindsay Tjiattas-Saleski, D.O., Christopher C. Wright, M.D., Bridget A. Enos, APRN, Bridget J. Holder, RN, Leslie M. Lyerly, RN, Melissa May-Engel, LPN, Samuel H. McNutt, CRNA, MHSA, Lindsey K. Mitcham, Frances C. Pagett, RN, Sallie Beth Todd, RN, MSN-Ed, John J. Whitcomb, PhD, RN, CCRN, FCCM, and Robert J. Wolff, PhD have jointly filed a Stipulation that becomes effective when ordered by the Court. *See* ECF No. 84. Plaintiffs, with the consent of these Defendants, move the Court to allow this Stipulation to take effect.

**[Signature Page Follows]**

1

We So Move:

*/s/ John L. Warren III*
William N. Nettles (Fed. ID No.: 6586)
bill@billnettleslaw.com
John L. Warren, III (Fed. ID No.: 12164)
jw@billnettleslaw.com
LAW OFFICE OF BILL NETTLES
2008 Lincoln Street
Columbia, SC 29201
Phone: (803) 814-2826

Rupali Sharma*
LAWYERING PROJECT
443 Western Ave., No. 1025
South Portland, ME 04106
Phone: (646) 490-1219
Fax: (646) 480-8622
rsharma@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
158 SW 148th Street, No. 1198
Burien, WA 98166
Phone: (347) 515-6073
Fax: (646) 480-8622
psuelzle@lawyeringproject.org

Allison Zimmer*
LAWYERING PROJECT
3157 Gentilly Blvd., No. 2231
New Orleans, LA 70122
Phone: (347) 515-6074
Fax: (646) 480-8622
azimmer@lawyeringproject.org

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

**Date:** April 21, 2025

*/s/ Robert E. Horner*
Robert E. Horner (Fed. ID No. 7872)
bob.horner@llr.sc.gov
S.C. DEPARTMENT OF LABOR, LICENSING, AND REGULATION
110 Centerview Drive
Columbia, SC 29210
Phone: (803) 896-4199

*Attorney for George S. Dilts, M.D., Natalie M. Gregory, M.D., Marcelo Hochman, M.D., Edward T. Grove, M.D., Robert Kosciusko, M.D., James T. McClain, M.D., Theresa Mills-Floyd, M.D., Mary J. Richardson, Jennifer R. Root, M.D., Lindsay Tjiattas-Saleski, D.O., Christopher C. Wright, M.D., Bridget A. Enos, APRN, Bridget J. Holder, RN, Leslie M. Lyerly, RN, Melissa May-Engel, LPN, Samuel H. McNutt, CRNA, MHSA, Lindsey K. Mitcham, Frances C. Pagett, RN, Sallie Beth Todd, RN, MSN-Ed, John J. Whitcomb, PhD, RN, CCRN, FCCM, Robert J. Wolff, PhD*