IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICE OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Natalie Dawn Bingham, M.D., *et al.*, ) | |
| ) | Case No.: 2:25-cv-00163-RMG |
| Plaintiffs, ) | |
| ) | |
| v. ) | **NOTICE OF REQUEST FOR** |
| ) | **PROTECTION** |
| ) | |
| Alan McCrory Wilson, in his official ) | |
| capacity as Attorney General of South ) | |
| Carolina, *et al.*, ) | |
| ) | |
| Defendants. ) | |

The undersigned counsel for the above-named Plaintiff/Relator respectfully requests scheduling protection for the above captioned case.

The dates requested for scheduling protection are as follows:

**January 8 – January 9, 2026,**

**February 9 – 13, 2026 and**

**March 4 – 6, 2026, for planned vacations.**

                                                     Respectfully submitted,

                                                      */s/ William N. Nettles*
                                                      William N. Nettles (Fed. ID No.:6586)
                                                      Law Offices of Bill Nettles
                                                      2008 Lincoln Street
                                                      Columbia, SC 29201-2004
                                                      Phone: 803-814-2826
                                                      Email: bill@billnettleslaw.com

                                                      Attorney for Plaintiffs

November 21, 2025
Columbia, South Carolina