**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| NATALIE DAWN BINGHAM, *et al.*,<br><br>       *Plaintiffs*,<br><br>   v.<br><br>ALAN MCCRORY WILSON, in his official capacity as Attorney General of South Carolina, *et al.*,<br><br>       *Defendants*,<br><br>and<br><br>HENRY DARGAN MCMASTER, in his official capacity as Governor of the State of South Carolina,<br><br>       *Intervenor–Defendant.* | Civil Action No.: 2:25-cv-163-RMG<br><br><br>**JOINT MOTION<br>FOR<br>STATUS CONFERENCE** |

The parties jointly move the Court to schedule a status conference at the Court's earliest convenience to discuss amending and consolidating the summary judgment briefing schedule. The parties believe that a telephone status conference would be sufficient.

Plaintiffs and Defendants request the opportunity to discuss two issues with the Court. The first is the due date for dispositive motions. The Third Amended Scheduling Order (ECF No. 129) sets May 16, 2026, as the due date for both dispositive and *Daubert* motions. Both Plaintiffs and Defendants agree that resolving *Daubert* motions before summary judgment briefing would simplify the summary judgment briefing.

The second issue is developing a consolidated briefing schedule for summary judgment. Both sides intend to move for summary judgment, and given the overlap in the arguments, the

parties believe that a consolidated briefing schedule would streamline the arguments for the ease of the Court and the parties.

The parties therefore jointly request a status conference at the Cout's convenience sufficiently ahead of the existing May 16, 2026 deadline for summary judgment motions.

Respectfully submitted,

s/John L. Warren, III
William N. Nettles (Fed. ID No.: 6586
John L. Warren, III (Fed. ID No.: 12164)
LAW OFFICE OF BILL NETTLES
2008 Lincoln Street
Columbia, SC 29201
Phone: (803) 590-7471
bill@billnettleslaw.com
jw@billnettleslaw.com

Rupali Sharma*
LAWYERING PROJECT
443 Western Ave., No. 1025
South Portland, ME 04106
Phone: (646) 490-1219
Fax: (646) 480-8622
rsharma@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
300 Lenora St., No. 1147
Seattle, WA 98121
Phone: (347) 515-6073
Fax: (646) 480-8622
psuelzle@lawyeringproject.org

Allison Zimmer*
LAWYERING PROJECT
900 Camp Street, 3rd Fl., #1197
New Orleans, LA 70122
Phone: (347) 515-6074
Fax: (646) 480-8622
azimmer@lawyeringproject.org

*Admitted *Pro Hac Vice*
*Attorneys for Plaintiffs*

s/Thomas T. Hydrick
Thomas T. Hydrick (Fed. Bar. No. 13322)
*Solicitor General*
Joseph D. Spate (Fed. Bar. No. 13100)
*Deputy Solicitor General*
OFFICE OF THE
SOUTH CAROLINA ATTORNEY GENERAL
1000 Assembly St.
Columbia, South Carolina 29201
(803) 734-4127
thomashydrick@scag.gov
josephspate@scag.gov

*Counsel for Attorney General Wilson and
Solicitors Pascoe, Weeks, Burch, Newman,
Barnette, Stumbo, Black, Hubbard,
Clements, Crick, Richardson, and Brackett*

s/Wm. Grayson Lambert
Wm. Grayson Lambert (Fed. Bar No. 11761)
*Chief Legal Counsel*
Erica W. Shedd (Fed. Bar No. 13206)
*Deputy Legal Counsel*
Tyra S. McBride (Fed. Bar No. 13324)
*Deputy Legal Counsel*
Cameron R. Cox (Fed. Bar No. 14698)
*Deputy Legal Counsel*
OFFICE OF THE GOVERNOR
South Carolina State House
1100 Gervais Street
Columbia, South Carolina 29201
(803) 734-2100
glambert@governor.sc.gov
eshedd@governor.sc.gov
tmcbride@governor.sc.gov
ccox@governor.sc.gov

Thomas A. Limehouse, Jr. (Fed. Bar No. 12148)
LIMEHOUSE LLC
174 East Bay Street, Suite 100 (P.O. Box 338)
Charleston, South Carolina 29401 (29402)
(843) 823-3833
Thomas@LimehouseLaw.com

*Counsel for Governor McMaster*

3